JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVER-LEIGH B. PENNEY, <br><br> Plaintiff, <br> v. <br> NDEX WEST LLC et al., <br><br> Defendant. | Case No. 2:11-cv-5567-ODW (MANx) <br><br> **JUDGMENT** |

In light of the Court's findings of fact and conclusions of law contained in its February 13, 2013 Order Granting Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED** that:

1. Plaintiff Bever-Leigh B. Penney shall take nothing;
2. Judgment for Defendant Wells Fargo, NA; and
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

February 13, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**